# OPINIONES PER CURIAM, ETC., DESDE ENERO 5, 1904, HASTA MARZO 14, 1904.

No. 26. Ex parte Mut.—Solicitud para que se expida mandamiento de *habeas corpus*. Resuelto en enero 5, 1904. Denegada la petición. Abogado del peticionario: *Sr. de Diego*.

No. 8. Nazario *v.* Montalvo.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en enero 12, 1904. Se declaró desierto el recurso por no haber comparecido la parte apelante.

No. 46. Guillermety *v.* Rivera.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en enero 15, 1904. Se declaró desistido el recurso a instancia de la parte apelante. Abogado del apelante: *Sr. Monserrat*.

No. 154. García *v.* Rivera.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en enero 20, 1904. Se declaró desistido a instancia de la parte apelante. Abogado del apelante: *Sr. Antonsanti*.

No. 28.—Ex Parte Teresa Rendón, Peticionaria.—Solicitud para que se expida mandamiento de *habeas corpus*. Resuelto en febrero 15, 1904. Con lugar la solicitud. Abogado de la peticionaria, Sr. Francis H. Dexter. Abogado de la parte contraria, Sr. José R. F. Savage.